(R.D. 11496)

SAM KUTLER *v.* UNITED STATES

Entry No. 38258/1–2, etc.

(Decided March 7, 1968)

*Sharretts, Paley, Carter & Blauvelt* for the plaintiff.
*Edwin L. Weisl, Jr.*, Assistant Attorney General, for the defendant.

WATSON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the respective parties:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff and the Assistant Attorney General for the United States that the merchandise marked "A" and initialed JJD (Initials) by Commodity Specialist John J. Dolan (Commodity Specialist's Name) on the invoices accompanying the entries the subject of the appeals enumerated on Schedule A attached hereto and made a part hereof, consists of artificial flowers exported from Japan during 1966, and that said merchandise is not on the list of products published in T.D. 54521 from which the application of the Customs Simplification Act of 1956 (P.L. 927, 84th Congress, 2nd Session) is withheld.

IT IS FURTHER STIPULATED AND AGREED that the prices at the time of exportation to the United States of the instant merchandise at which such or similar merchandise was freely sold, or in the absence of sales offered for sale in the principal markets of the country of exportation, in the usual wholesale quantities, and in the ordinary course of trade, for exportation to the United States, including the cost of all containers of whatever nature and all other expenses incidental to placing the merchandise in condition, packed ready for shipment to the United States, were the invoice unit prices.

IT IS FURTHER STIPULATED AND AGREED that the instant appeals are submitted for decision upon this stipulation.

On the agreed facts, I find and hold export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, to be the proper basis for the determination of the value of the merchandise here involved and that such value for the merchandise in question was the invoice unit price in each case.

Judgment will issue accordingly.